**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COACH, INC. and<br>COACH SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 13-cv-2035<br><br>**Judge Ronald A. Guzman**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFFS' MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiffs Coach, Inc. and Coach Services, Inc. (together, "Plaintiffs" or "Coach") seek entry of a Preliminary Injunction. Such application is based upon this Motion and the concurrently filed Memorandum of Law in Support.

Dated this 8th day of April, 2013.

Respectfully submitted,

/s/ Justin R. Gaudio_______
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to Coach's control now redirect, and I will send an e-mail to the e-mail addresses identified in Schedule A to Coach's Complaint that includes a link to said website.

/s/ Justin R. Gaudio__________
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*